**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10–cv–01869–WJM–KMT

JOHN SMITH #133989,

    Plaintiff,

v.

RANDY ANDERSON, Lieutenant #2448, and
KIP STRODE, Lieutenant #1451,

    Defendants.

**ORDER ADOPTING AND AFFIRMING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

This matter is before the Court on the January 24, 2011 "Recommendation of United States Magistrate Judge" by Magistrate Judge Kathleen M. Tafoya. (ECF No. 17.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(b). Magistrate Judge Tafoya recommends that the Court grant in part and deny in part Defendants' "Motion to Dismiss" (ECF No. 14). Plaintiff filed a timely response to the Recommendation (ECF No. 19). Defendants did not file any response or objection to the Recommendation.

When a Magistrate Judge issues a recommendation on a dispositive matter, Federal Rule of Civil Procedure 72(b)(3) requires that the District Judge "determine *de novo* any part of the magistrate judge's [recommendation] that has been properly objected to." FED. R. CIV. P. 72(b)(3). An objection is proper if it is filed within fourteen

days of the Magistrate Judge's recommendations and specific enough to enable the "district judge to focus attention on those issues–factual and legal–that are at the heart of the parties' dispute." *United States v. 2121 East 30th Street*, 73 F.3d 1057, 1059 (10th Cir. 1996) (quoting *Thomas v. Arn*, 474 U.S. 140, 147 (1985)). In the absence of a timely and specific objection, "the district court may review a magistrate . . . [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985)); *see also* FED. R. CIV. P. 72 Advisory Committee's Note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record.").

In addition, Plaintiff is proceeding *pro se*; thus, the Court must liberally construe his pleadings. *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972). The Court, however, cannot act as advocate for Plaintiff, who must still comply with the fundamental requirements of the Federal Rules of Civil Procedure. *See Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

In this case, no one filed timely and specific objections to the Recommendation. Plaintiff did file a timely response to the recommendation. This response, however, contains no objections. Plaintiff is in accord with all of Magistrate Judge Tafoya's recommendations. (*See* ECF No. 19 at 3-4.) In the absence of timely and specific objections, the Court need not engage in a *de novo* review. *See Summers*, 927 F.2d at 1167. The Court is satisfied there is no clear error on the face of the record. *See* FED. R. CIV. P. 72(b) Advisory Committee's Note. Therefore, the Court ADOPTS the "Recommendation of the United States Magistrate Judge" as the findings and conclusions of this Court.

Accordingly, it is:

ORDERED that the "Recommendation of United States Magistrate Judge" (ECF No. 17), filed January 24, 2011, is ACCEPTED, and, for the reasons cited therein, Defendants' "Motion to Dismiss" (ECF No. 14) is granted in part and denied in part as follows:

- It is GRANTED in that:
    - Plaintiff's official-capacity claims for monetary relief against Defendants are DISMISSED without prejudice for lack of subject matter jurisdiction as barred by the Eleventh Amendment;
    - Plaintiff's claims for compensatory relief for emotional distress are DISMISSED as barred by the PLRA;
- It is DENIED insofar as Defendants seek to dismiss Plaintiff's due process claims. Plaintiff's due process claims remain pending before the Court.
- Finally, it is ORDERED that, insofar as Plaintiff asserts equal protection claims, those claims are DISMISSED, *sua sponte*, for Plaintiff's failure to state a claim upon which relief can be granted.

Dated this 18th day of March, 2011.

BY THE COURT:

s/ *William J. Martínez*
United States District Judge