IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–01869–WJM–KMT

JOHN SMITH #133989,

    Plaintiff,

v.

RANDY ANDERSON, Lieutenant #2448, and
KIP STRODE, Lieutenant #1451,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's "Motion to Amend Plaintiff's Response to the Magistrate Judge's Recommendations" (Doc. No. 34, filed June 6, 2011); Plaintiff's "Motion for Joinder of Parties/Amendments" (Doc. No. 37, filed July 11, 2011); and Plaintiff's "Motion to disregard previous Amendment on this case" (Doc. No. 39, filed July 11, 2011).

To the extent Plaintiff seeks to amend his objections to this court's Recommendation (Doc. No. 17), the motions are DENIED as moot, as District Judge William J. Martínez has ruled on the Recommendation. (*See* Doc. No. 29.)

To the extent Plaintiff seeks to amend his complaint to add claims or parties, the motions are DENIED. In order to amend his complaint, Plaintiff must file a motion to amend his complaint. The motion must detail the proposed amendments and the reasons why such amendments are necessary. In addition, the plaintiff must attach the proposed amended complaint to the motion. The proposed amended complaint must stand alone; it must contain all of the plaintiff's claims and all of the parties against whom he is asserting claims.

Dated: July 15, 2011