**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-01869-WJM-KMT

JOHN SMITH #133989,

    Plaintiff,

v.

RANDY ANDERSON, Lieutenant #2448, and
KIP STRODE, Lieutenant #1451,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Adopting Recommendation of United States Magistrate Judge and Granting Defendants' Motion for Summary Judgment, it is

ORDERED as follows:

1. The Magistrate Judge's August 24, 2012 Recommendation (ECF No. 53) is ACCEPTED;

2. Defendants' Motion for Summary Judgment (ECF No. 45) is GRANTED; and

3. Final Judgment is entered for the Defendants and against the Plaintiff on all claims and the action and complaint are dismissed. Each party shall bear his own attorney's fees and costs.

DATED at Denver, Colorado, this 18th day of September, 2012.

FOR THE COURT:
JEFFREY P. COLWELL, Clerk

By: s/Edward P. Butler
      Edward P. Butler
      Deputy Clerk